UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Pellegrino,
                    Plaintiff

    -v-
                                              ORDER
Port Authority of NY and NJ and            09 Civ. 6530 (JFK)
Lufthansa Cargo AG et al.,
                    Defendants.
------------------------------------X

JOHN F. KEENAN, United States District Judge:

   The following operative dates are hereby set as a part of the Court's case management plan:

Any additional joinder of parties by  December 1, 2009

Any amendment of the pleadings by  December 1, 2009

Plaintiff(s) will provide expert report(s), if any, to Defendant(s) by _____.

Defendant(s) will provide expert report(s), if any, to Plaintiff(s) by _____.

Replies to any expert reports by _____.

Discovery to be complete by  January 29, 2010

Next conference will be held on  February 2, 2010

Discovery supervision will be referred to Magistrate Judge Dolinger.

SO ORDERED. October 20, 2009

Dated:   New York, New York
                                    John F. Keenan
                                    JOHN F. KEENAN
                                    United States District Judge